# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
April 4, 2013

Lyle W. Cayce
Clerk

No. 12-40694
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

LUIS LARA, true name Lucio Luis Lara, Jr.,

Defendant-Appellant

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 5:10-CR-1662-31

Before WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Luis Lara has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Lara has filed a response. The record is insufficiently developed to allow consideration at this time of Lara's claims of ineffective assistance of counsel; such claims generally "cannot be resolved on direct appeal when the claim has not been raised before the district court since no opportunity existed to develop the record

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

on the merits of the allegations." *United States v. Cantwell*, 470 F.3d 1087, 1091 (5th Cir. 2006) (internal quotation marks and citation omitted).  We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Lara's response.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.